CARTER *v.* BERKSHIRE.

CARTER
v.
BERKSHIRE.

In debt against *A.* and *B.*, the process was returned served on the former and "not found" as to the latter. *Held*, that the plaintiff, to recover against *A.*, must have a joint cause of action against him and *B.*

In such case, a plea of set-off by *A.* of a debt due to him alone, or of a debt due to *B.* alone, from the plaintiff, is bad on demurrer; but it is not a nullity, nor is it so objectionable that it should be set aside on motion.

If the plaintiff in a justice's Court having obtained judgment, appeal, and fail to recover at least five dollars more than the justice's judgment, the appellee will be entitled to costs.

ERROR to the *Henry* Circuit Court.

*Monday,
November 23.*

BLACKFORD, J.—This was an action of debt commenced by *Carter* against *John D. Fooshee* and *Ralph Berkshire*, before a justice of the peace. The process was served on *Berkshire* and returned "not found" as to *Fooshee*. The suit was founded on a note, executed by both the defendants, for the sum of thirty-six dollars and seventy-five cents. Judgment by the justice against *Berkshire* for nine dollars and ninety cents and costs. The plaintiff appealed.

In the Circuit Court, the plaintiff moved to set aside one of *Berkshire's* pleas. This plea states that the note was given to the plaintiff by *Fooshee*, and *Berkshire* as his surety; that the plaintiff owed *Fooshee* a certain sum for goods sold and delivered, work and labour, &c. The motion was overruled. Judgment in the Circuit Court for the plaintiff for three dollars and the costs before the justice, and judgment for the defendant for the costs in the Circuit Court.

The plaintiff below is the plaintiff in error.

To support this suit, which is brought against *Fooshee* and *Berkshire*, the plaintiff must have a cause of action against both, though *Berkshire* alone was served with process. *Taylor* v. *Claypool*, 5 Blackf. 557. It follows that the defendant, *Berkshire*, could not set off a debt due to him alone, or a debt due to *Fooshee* alone, from the plaintiff. The only debt that can be set off in such action, is a debt due from the plaintiff to *Fooshee* and *Berkshire* jointly. The plea, therefore, is no doubt bad, and might have been demurred to; but still it is not a nullity, nor is it so objectionable that it could be set aside on motion.

VOL. VIII.—25

Nov. Term,
1846.

The judgment against the plaintiff for costs is right, as he did not recover at least five dollars more than the judgment appealed from. R. S. 1843, p. 892.

*Per Curiam.*—The judgment is affirmed with costs.

*C. H. Test*, for the plaintiff.

*S. W. Parker*, for the defendant.